IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 25-991 |
| EDWARD ARTHUR OWENS, JR. | **[UNDER SEAL]** |

O R D E R

AND NOW, to wit, this 30th day of May, 2025, upon consideration of the Motion for Arrest Warrant based upon a Criminal Complaint, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant, EDWARD ARTHUR OWENS, JR.

Bond shall be set by the United States Magistrate Judge.

_____
HONORABLE PATRICIA L. DODGE
UNITED STATES MAGISTRATE JUDGE

cc: Carl J. Spindler, Assistant United States Attorney